IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES WILDER,
    Plaintiff,

vs.                               Case No. 3:10cv528/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 5, 2011 (doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, and the record, the court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

    **DONE AND ORDERED** this 6th day of January, 2012.

                                    *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**